Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−18164−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joseph F. Rogers Jr.                                   Jennifer Rogers
   128 Emerson Court                                     128 Emerson Court
   Mays Landing, NJ 08330                          Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−2854                                            xxx−xx−0047

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 3, 2022.


Dated: March 3, 2022
JAN:

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-18164-JNP

Joseph F. Rogers, Jr.  Chapter 13

Jennifer Rogers

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4

Date Rcvd: Mar 03, 2022      Form ID: plncf13      Total Noticed: 67

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph F. Rogers, Jr., Jennifer Rogers, 128 Emerson Court, Mays Landing, NJ 08330-3443 |
| 519334495 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, PO Box 65507, Wilmington, DE 19808 |
| 519334496 | + | Amex DSNB, PO BOx 6789, Sioux Falls, SD 57117-6789 |
| 519334497 | + | Apple Card, PO Box 7247, Philadelphia, PA 19170-0001 |
| 519334503 | + | Discover, PO Box 71244, Charlotte, NC 28272-1244 |
| 519334506 | + | Goldman Sachs Bank, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 519491168 | + | Grace Rogers, 128 Emerson Court, Mays Landing, NJ 08330-3443 |
| 519334509 | | Kohls, 17000 Ridgewood, Menomonee Falls, WI 53051 |
| 519334511 | + | M&T Bank Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 519334512 | + | PHEAA/Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 519471058 | + | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519334513 | + | Prosper Loan, PO box 396081, San Francisco, CA 94139-6081 |
| 519334514 | + | Quicken Mastercard, PO Box 790408, Saint Louis, MO 63179-0408 |
| 519334516 | + | SPS, PO Box 551170, Jacksonville, FL 32255-1170 |
| 519334515 | + | Sony, PO Box 650969, Dallas, TX 75265-0969 |
| 519334523 | + | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 519346526 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519469410 | | Towd Point Mortgage Trust at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519344945 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 519334525 | + | Upgrade Loan, PO Box 52210, Phoenix, AZ 85072-2210 |
| 519334528 | + | WF/Bobs Finance, PO Box 14517, Des Moines, IA 50306-3517 |
| 519345424 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 519359548 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519334527 | + | Wells Fargo Dealer Services, PO Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 03 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 03 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519348223 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 03 2022 20:38:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519334492 | + | Email/Text: EBNProcessing@afni.com | Mar 03 2022 20:38:00 | Afni, Inc., PO Box 3517, Bloomington, IL 61702-3517 |
| 519334494 | + | Email/PDF: bncnotices@becket-lee.com | Mar 03 2022 20:45:58 | American Express, PO Box 1270, Newark, NJ 07101-1270 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519447437 | | Email/PDF: bncnotices@becket-lee.com | Mar 03 2022 20:45:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519334499 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 03 2022 20:45:53 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519334498 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 03 2022 20:46:01 | Best Buy, PO Box 78009, Phoenix, AZ 85062 |
| 519350841 | | Email/Text: BKPT@cfna.com | Mar 03 2022 20:38:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 519334501 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 03 2022 20:45:45 | Citibank, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519462148 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 03 2022 20:46:01 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519334502 | | Email/Text: BKPT@cfna.com | Mar 03 2022 20:38:00 | Credit First Firestone, PO Box 81083, Cleveland, OH 44181 |
| 519334504 | | Email/Text: mrdiscen@discover.com | Mar 03 2022 20:38:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 519343393 | | Email/Text: mrdiscen@discover.com | Mar 03 2022 20:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519344765 | + | Email/Text: dplbk@discover.com | Mar 03 2022 20:38:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519344769 | + | Email/Text: DSLBKYPRO@discover.com | Mar 03 2022 20:39:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 519334505 | + | Email/Text: DSLBKYPRO@discover.com | Mar 03 2022 20:39:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 519334507 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 03 2022 20:38:00 | Internal Revenue Service, PO Box 9012, Holtzville, NY 11742-9012 |
| 519334500 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 03 2022 20:45:56 | Chase, PO Box 1423, Charlotte, NC 28201 |
| 519334508 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 03 2022 20:45:56 | JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 519334493 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 03 2022 20:45:48 | Amazon.com, PO Box 1423, Charlotte, NC 28201 |
| 519358156 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 03 2022 20:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519472724 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 03 2022 20:38:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519514247 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2022 20:45:44 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519514248 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2022 20:45:44 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 519334510 | + | Email/Text: bk@lendingclub.com | Mar 03 2022 20:39:00 | Lending Club, PO Box 39000, San Francisco, CA 94139-0001 |
| 519471484 | + | Email/Text: Documentfiling@lciinc.com | Mar 03 2022 20:38:00 | LendingClub, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 519472783 | | Email/Text: camanagement@mtb.com | Mar 03 2022 20:38:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519473337 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 03 2022 20:45:43 | Portfolio Recovery Associates, LLC, c/o LENDINGCLUB CORPORATION, POB 41067, Norfolk, VA 23541 |
| 519473229 | + | Email/Text: bncmail@w-legal.com | Mar 03 2022 20:38:00 | Prosper Marketplace Inc., C/O WEINSTEIN & |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519462954 | | Email/Text: bnc-quantum@quantum3group.com | Mar 03 2022 20:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519334517 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2022 20:45:43 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 519334518 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2022 20:45:58 | Syncb/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 519334519 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2022 20:45:51 | Syncb/Lowe's, PO Box 965036, Orlando, FL 32896-5036 |
| 519334520 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2022 20:45:50 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 519455401 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2022 20:45:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519335491 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2022 20:45:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519334522 | | Email/Text: bankruptcy@td.com | Mar 03 2022 20:38:00 | TD Bank, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 519334521 | | Email/Text: bankruptcy@td.com | Mar 03 2022 20:38:00 | TD Bank, PO Box 23072, Columbus, GA 31902 |
| 519462141 | + | Email/Text: bncmail@w-legal.com | Mar 03 2022 20:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519334524 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 03 2022 20:45:53 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519459095 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 03 2022 20:38:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519334526 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 03 2022 20:38:00 | US Bank, PO Box 790084, Saint Louis, MO 63179 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519358756 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2022                    Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian S. Thomas | on behalf of Joint Debtor Jennifer Rogers brian@brianthomaslaw.com |
| Brian S. Thomas | on behalf of Debtor Joseph F. Rogers Jr. brian@brianthomaslaw.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2019-SJ1 U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T Bank phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7