**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 21-18164 (JNP)**

Joseph F. Rogers, Jr. and Jennifer Rogers
128 Emerson Court
Mays Landing, NJ 08330

Monthly Payment: $2,000.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2022 | $900.00 | 02/07/2022 | $900.00 | 03/07/2022 | $900.00 | 04/07/2022 | $900.00 |
| 05/16/2022 | $900.00 | 06/13/2022 | $2,000.00 | 07/11/2022 | $2,000.00 | 08/08/2022 | $2,000.00 |
| 09/06/2022 | $2,000.00 | 10/03/2022 | $2,000.00 | 11/03/2022 | $2,000.00 | 12/02/2022 | $2,000.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOSEPH F. ROGERS, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRIAN S. THOMAS, ESQUIRE | 13 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| 1 | AFNI, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMAZON.COM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS | 33 | $4,305.29 | $212.13 | $4,093.16 | $0.00 |
| 4 | AMERICAN HONDA FINANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | APPLE CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CITIBANK, N.A. | 33 | $4,114.00 | $202.70 | $3,911.30 | $0.00 |
| 8 | CITIBANK, N.A. | 33 | $597.46 | $29.44 | $568.02 | $0.00 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $5,125.37 | $252.53 | $4,872.84 | $0.00 |
| 10 | CITIBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CREDIT FIRST, N.A. | 33 | $2,113.22 | $104.12 | $2,009.10 | $0.00 |
| 12 | DISCOVER BANK | 33 | $1,746.15 | $86.03 | $1,660.12 | $0.00 |
| 13 | DISCOVER PERSONAL LOANS | 33 | $10,002.25 | $492.82 | $9,509.43 | $0.00 |
| 14 | DISCOVER STUDENT LOANS | 33 | $6,996.34 | $344.71 | $6,651.63 | $0.00 |
| 15 | GOLDMAN SACHS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 28 | $2,390.60 | $2,390.60 | $0.00 | $0.00 |
| 17 | JPMCB CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | KOHL'S | 33 | $692.13 | $34.10 | $658.03 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $19,353.41 | $953.55 | $18,399.86 | $0.00 |
| 20 | M & T BANK | 24 | $3,123.99 | $3,123.99 | $0.00 | $0.00 |
| 21 | U.S. DEPARTMENT OF EDUCATION | 33 | $9,251.00 | $455.80 | $8,795.20 | $0.00 |
| 22 | LVNV FUNDING, LLC | 33 | $21,874.41 | $1,077.76 | $20,796.65 | $0.00 |
| 23 | QUICKEN MASTERCARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SELECT PORTFOLIO SERVICING, INC. | 24 | $248.05 | $248.05 | $0.00 | $0.00 |
| 25 | CITIBANK, N.A. | 33 | $5,003.49 | $246.53 | $4,756.96 | $0.00 |
| 26 | SYNCHRONY BANK | 33 | $1,765.91 | $87.01 | $1,678.90 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | SYNCHRONY BANK | 33 | $1,127.23 | $55.54 | $1,071.69 | $0.00 |
| 28 | SYNCHRONY BANK | 33 | $2,086.86 | $102.82 | $1,984.04 | $0.00 |
| 29 | SYNCHRONY BANK | 33 | $179.47 | $8.85 | $170.62 | $0.00 |
| 30 | TD BANK, N.A. | 33 | $5,149.59 | $253.72 | $4,895.87 | $0.00 |
| 31 | TD BANK, N.A. | 33 | $3,428.41 | $168.92 | $3,259.49 | $0.00 |
| 32 | TD BANK USA/TARGET CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | CITIBANK, N.A. | 33 | $1,114.85 | $54.93 | $1,059.92 | $0.00 |
| 34 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | U.S. BANK, N.A. | 33 | $1,469.05 | $72.38 | $1,396.67 | $0.00 |
| 36 | PINK DOGWOOD 13, LLC | 33 | $24,104.47 | $1,187.63 | $22,916.84 | $0.00 |
| 37 | WELLS FARGO BANK, N.A. | 33 | $845.46 | $41.66 | $803.80 | $0.00 |
| 38 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | BRIAN S. THOMAS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | JENNIFER ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | JOSEPH F. ROGERS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | DISCOVER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | DISCOVER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | JPMORGAN CHASE BANK, N.A. | 33 | $412.49 | $20.33 | $392.16 | $0.00 |
| 46 | KOHLS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $10,528.48 | $518.75 | $10,009.73 | $0.00 |
| 48 | TD BANK USA, N.A. | 33 | $452.76 | $22.31 | $430.45 | $0.00 |
| 49 | UPGRADE LOAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | PINK DOGWOOD 13, LLC | 33 | $4,832.89 | $238.12 | $4,594.77 | $0.00 |
| 51 | DEPARTMENT OF THE TREASURY | 33 | $25.00 | $1.23 | $23.77 | $0.00 |
| 52 | DISCOVER STUDENT LOANS | 33 | $4,262.70 | $210.03 | $4,052.67 | $0.00 |
| 53 | DISCOVER PERSONAL LOANS | 33 | $13,032.88 | $642.13 | $12,390.75 | $0.00 |
| 54 | JPMORGAN CHASE BANK, N.A. | 33 | $6,158.42 | $303.43 | $5,854.99 | $0.00 |
| 55 | QUANTUM3 GROUP, LLC | 33 | $123.38 | $6.08 | $117.30 | $0.00 |
| 56 | TD BANK USA, N.A. | 33 | $83.18 | $4.10 | $79.08 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2021 | 7.00 | $900.00 |
| 06/01/2022 | 53.00 | $2,000.00 |
| 11/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $18,500.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,828.00 |
| Arrearages: | $0.00 |
| Attorney: | BRIAN S. THOMAS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**