B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re JOSEPH F ROGERS and JENNIFER ROGERS , Case No. 1-21-BK-18164

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

LVNV Funding LLC
Name of Transferee

SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC
Name of Transferor

Name and Address where notices to transferee should be sent: LVNV Funding LLC
PO Box 10587
Greenville SC 29603

Phone: (877) 264-5884
Last Four Digits of Acct #: 7488

Court Claim # (if known): 30
Amount of Claim: 1,127.23
Date Claim Filed: 12/22/2021

Phone: ____
Last Four Digits of Acct. #: 7488

Name and Address where transferee payments should be sent (if different from above):
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603
Phone: (877) 264-5884
Last Four Digits of Acct #: 7488

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Helga Ridgeway
Transferee/Transferee's Agent

Date: 5/11/2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.