**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 21-18164 (JNP)**

Monthly Payment: $2,000.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

Joseph F. Rogers, Jr. and Jennifer Rogers
128 Emerson Court
Mays Landing, NJ 08330

**For the period of 01/01/2023 to 12/31/2023**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/09/2023 | $2,000.00 | 02/02/2023 | $2,000.00 | 03/06/2023 | $2,000.00 | 04/03/2023 | $2,000.00 |
| 05/01/2023 | $2,000.00 | 06/05/2023 | $2,000.00 | 07/10/2023 | $2,000.00 | 08/07/2023 | $2,000.00 |
| 09/18/2023 | $2,000.00 | 10/16/2023 | $2,000.00 | 11/13/2023 | $2,000.00 | 12/11/2023 | $2,000.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOSEPH F. ROGERS, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRIAN S. THOMAS, ESQUIRE | 13 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| 1 | AFNI, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMAZON.COM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS | 33 | $4,305.29 | $754.56 | $3,550.73 | $542.43 |
| 4 | AMERICAN HONDA FINANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | APPLE CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CITIBANK, N.A. | 33 | $4,114.00 | $721.04 | $3,392.96 | $518.34 |
| 8 | CITIBANK, N.A. | 33 | $597.46 | $104.71 | $492.75 | $75.27 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $5,125.37 | $898.29 | $4,227.08 | $645.76 |
| 10 | CITIBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CREDIT FIRST, N.A. | 33 | $2,113.22 | $370.37 | $1,742.85 | $266.25 |
| 12 | DISCOVER BANK | 33 | $1,746.15 | $306.04 | $1,440.11 | $220.01 |
| 13 | DISCOVER PERSONAL LOANS | 33 | $10,002.25 | $1,753.04 | $8,249.21 | $1,260.22 |
| 14 | DISCOVER STUDENT LOANS | 33 | $6,996.34 | $1,226.21 | $5,770.13 | $881.50 |
| 15 | GOLDMAN SACHS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 28 | $2,390.60 | $2,390.60 | $0.00 | $0.00 |
| 17 | JPMCB CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | KOHL'S | 33 | $692.13 | $121.30 | $570.83 | $87.20 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $19,353.41 | $3,391.96 | $15,961.45 | $2,438.41 |
| 20 | M & T BANK | 24 | $3,123.99 | $3,123.99 | $0.00 | $0.00 |
| 21 | U.S. DEPARTMENT OF EDUCATION | 33 | $9,251.00 | $1,621.37 | $7,629.63 | $1,165.57 |
| 22 | LVNV FUNDING, LLC | 33 | $21,874.41 | $3,833.80 | $18,040.61 | $2,756.04 |
| 23 | QUICKEN MASTERCARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SELECT PORTFOLIO SERVICING, INC. | 24 | $248.05 | $248.05 | $0.00 | $0.00 |
| 25 | CITIBANK, N.A. | 33 | $5,003.49 | $876.94 | $4,126.55 | $630.41 |
| 26 | LVNV FUNDING, LLC | 33 | $1,765.91 | $309.50 | $1,456.41 | $222.49 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | LVNV FUNDING, LLC | 33 | $1,127.23 | $197.57 | $929.66 | $142.03 |
| 28 | LVNV FUNDING, LLC | 33 | $2,086.86 | $365.75 | $1,721.11 | $262.93 |
| 29 | SYNCHRONY BANK | 33 | $179.47 | $31.46 | $148.01 | $22.61 |
| 30 | TD BANK, N.A. | 33 | $5,149.59 | $902.54 | $4,247.05 | $648.82 |
| 31 | TD BANK, N.A. | 33 | $3,428.41 | $600.88 | $2,827.53 | $431.96 |
| 32 | TD BANK USA/TARGET CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | CITIBANK, N.A. | 33 | $1,114.85 | $195.40 | $919.45 | $140.47 |
| 34 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | U.S. BANK, N.A. | 33 | $1,469.05 | $257.47 | $1,211.58 | $185.09 |
| 36 | PINK DOGWOOD 13, LLC | 33 | $24,104.47 | $4,224.66 | $19,879.81 | $3,037.03 |
| 37 | WELLS FARGO BANK, N.A. | 33 | $845.46 | $148.18 | $697.28 | $106.52 |
| 38 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | BRIAN S. THOMAS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | JENNIFER ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | JOSEPH F. ROGERS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | DISCOVER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | DISCOVER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | JPMORGAN CHASE BANK, N.A. | 33 | $412.49 | $72.30 | $340.19 | $51.97 |
| 46 | KOHLS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $10,528.48 | $1,845.26 | $8,683.22 | $1,326.51 |
| 48 | TD BANK USA, N.A. | 33 | $452.76 | $79.35 | $373.41 | $57.04 |
| 49 | UPGRADE LOAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | PINK DOGWOOD 13, LLC | 33 | $4,832.89 | $847.03 | $3,985.86 | $608.91 |
| 51 | DEPARTMENT OF THE TREASURY | 33 | $25.00 | $4.38 | $20.62 | $3.15 |
| 52 | DISCOVER STUDENT LOANS | 33 | $4,262.70 | $747.10 | $3,515.60 | $537.07 |
| 53 | DISCOVER PERSONAL LOANS | 33 | $13,032.88 | $2,284.20 | $10,748.68 | $1,642.07 |
| 54 | JPMORGAN CHASE BANK, N.A. | 33 | $6,158.42 | $1,079.35 | $5,079.07 | $775.92 |
| 55 | QUANTUM3 GROUP, LLC | 33 | $123.38 | $21.62 | $101.76 | $15.54 |
| 56 | TD BANK USA, N.A. | 33 | $83.18 | $14.58 | $68.60 | $10.48 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2021 | 7.00 | $900.00 |
| 06/01/2022 | 53.00 | $2,000.00 |
| 11/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $24,000.00 |
| Total paid to creditors this period: | $21,716.02 |
| Undistributed Funds on Hand: | $1,808.01 |
| Arrearages: | $2,000.00 |
| Attorney: | BRIAN S. THOMAS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**