# U.S. Bankruptcy Court

## New Jersey Bankruptcy - Camden

Receipt Date: Dec 27, 2024 2:05PM

Firstmark Services
121 S. 13th Street
Lincoln, NE 68508

Rcpt. No: 40000968 Trans. Date: Dec 27, 2024 2:05PM Cashier ID: #AS

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| TCNW | Transfer of Clai | 21-18164-JNP | 1 | 28.00 | 28.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #347912 | 12/27/2024 | $28.00 |
| | | | Total Due Prior to Payment: | $28.00 |
| | | | Total Tendered: | $28.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Judge**: JNP **Case**: 21-18164-JNP

**Debtor**: Joseph F. Rogers, Jr. and Jennifer Rogers

**341 Meeting**: Friday 10th of December 2021 at 09:00 AM

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

FILED
JEANNE A. NAUGHTON, CLERK
DEC 27 2024
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY ________ DEPUTY

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re JENNIFER ROGERS, Case No. 21-18164

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

OSLT
Name of Transferee

Name and Address where notices to transferee should be sent:
Firstmark Services
PO Box 82522
Lincoln, NE 68801

Phone: 888-538-7378
Last Four Digits of Acct #: 0047

Name and Address where transferee payments should be sent (if different from above):

Phone: ______
Last Four Digits of Acct #: ______

Discover Student Loans
Name of Transferor

Court Claim # (if known): 4-1
Amount of Claim: $6,996.34
Date Claim Filed: 10/28/2021

Phone: 800-618-1621
Last Four Digits of Acct. #: 0133

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Amber Birks
Transferee/Transferee's Agent

Date: 11/18/2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

FILED
JEANNE A. NAUGHTON, CLERK
DEC 27 2024
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY________________DEPUTY

Firstmark Services
A DIVISION OF nelnet
PO Box 82522
Lincoln, Nebraska 68501-2522

RETURN SERVICE
REQUESTED

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102

US POSTAGE
$
ZIP 68508
02 4W
0000377637 D