Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]



**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 21-18164 (JNP)**

Monthly Payment: $2,000.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Joseph F. Rogers, Jr. and Jennifer Rogers
128 Emerson Court
Mays Landing, NJ 08330

**For the period of 01/01/2025 to 12/31/2025**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2025 | $2,000.00 | 02/03/2025 | $2,000.00 | 02/28/2025 | $2,000.00 | 04/01/2025 | $2,000.00 |
| 05/01/2025 | $2,000.00 | 06/03/2025 | $2,000.00 | 07/02/2025 | $2,000.00 | 08/05/2025 | $2,000.00 |
| 09/08/2025 | $2,000.00 | 10/07/2025 | $2,000.00 | 11/10/2025 | $2,000.00 | 12/09/2025 | $2,000.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOSEPH F. ROGERS, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRIAN S. THOMAS, ESQUIRE | 13 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| 1 | AFNI, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMAZON.COM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS | 33 | $4,305.29 | $1,863.77 | $2,441.52 | $544.70 |
| 4 | AMERICAN HONDA FINANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | APPLE CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CITIBANK, N.A. | 33 | $4,114.00 | $1,780.96 | $2,333.04 | $520.49 |
| 8 | CITIBANK, N.A. | 33 | $597.46 | $193.11 | $404.35 | $75.60 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $5,125.37 | $2,218.79 | $2,906.58 | $648.46 |
| 10 | CITIBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CREDIT FIRST, N.A. | 33 | $2,113.22 | $914.85 | $1,198.37 | $267.37 |
| 12 | DISCOVER BANK | 33 | $1,746.15 | $755.94 | $990.21 | $220.92 |
| 13 | DISCOVER PERSONAL LOANS | 33 | $10,002.25 | $4,330.06 | $5,672.19 | $1,265.49 |
| 14 | FIRSTMARK SERVICES | 33 | $6,996.34 | $3,028.77 | $3,967.57 | $885.17 |
| 15 | GOLDMAN SACHS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 28 | $2,390.60 | $2,390.60 | $0.00 | $0.00 |
| 17 | JPMCB CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | KOHL'S | 33 | $692.13 | $223.69 | $468.44 | $87.57 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $19,353.41 | $8,378.23 | $10,975.18 | $2,448.59 |
| 20 | M & T BANK | 24 | $3,123.99 | $3,123.99 | $0.00 | $0.00 |
| 21 | U.S. DEPARTMENT OF EDUCATION | 33 | $9,251.00 | $4,004.81 | $5,246.19 | $1,170.43 |
| 22 | LVNV FUNDING, LLC | 33 | $21,874.41 | $9,469.60 | $12,404.81 | $2,767.56 |
| 23 | QUICKEN MASTERCARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SELECT PORTFOLIO SERVICING, INC. | 24 | $248.05 | $248.05 | $0.00 | $0.00 |
| 25 | CITIBANK, N.A. | 33 | $5,003.49 | $2,166.04 | $2,837.45 | $633.03 |
| 26 | LVNV FUNDING, LLC | 33 | $1,765.91 | $764.49 | $1,001.42 | $223.43 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | LVNV FUNDING, LLC | 33 | $1,127.23 | $364.32 | $762.91 | $142.61 |
| 28 | LVNV FUNDING, LLC | 33 | $2,086.86 | $903.44 | $1,183.42 | $264.03 |
| 29 | SYNCHRONY BANK | 33 | $179.47 | $58.00 | $121.47 | $22.70 |
| 30 | TD BANK, N.A. | 33 | $5,149.59 | $2,229.29 | $2,920.30 | $651.52 |
| 31 | TD BANK, N.A. | 33 | $3,428.41 | $1,484.17 | $1,944.24 | $433.76 |
| 32 | TD BANK USA/TARGET CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | CITIBANK, N.A. | 33 | $1,114.85 | $360.32 | $754.53 | $141.04 |
| 34 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | U.S. BANK, N.A. | 33 | $1,469.05 | $635.95 | $833.10 | $185.86 |
| 36 | PINK DOGWOOD 13, LLC | 33 | $24,104.47 | $10,435.00 | $13,669.47 | $3,049.69 |
| 37 | WELLS FARGO BANK, N.A. | 33 | $845.46 | $273.24 | $572.22 | $106.96 |
| 38 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | BRIAN S. THOMAS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | JENNIFER ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | JOSEPH F. ROGERS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | DISCOVER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | DISCOVER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | JPMORGAN CHASE BANK, N.A. | 33 | $412.49 | $169.52 | $242.97 | $52.19 |
| 46 | KOHLS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $10,528.48 | $4,557.86 | $5,970.62 | $1,332.07 |
| 48 | TD BANK USA, N.A. | 33 | $452.76 | $186.05 | $266.71 | $57.29 |
| 49 | UPGRADE LOAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | PINK DOGWOOD 13, LLC | 33 | $4,832.89 | $2,092.18 | $2,740.71 | $611.45 |
| 51 | DEPARTMENT OF THE TREASURY | 33 | $25.00 | $8.08 | $16.92 | $3.16 |
| 52 | DISCOVER STUDENT LOANS | 33 | $1,103.83 | $1,103.83 | $0.00 | $401.25 |
| 53 | DISCOVER PERSONAL LOANS | 33 | $13,032.88 | $5,642.01 | $7,390.87 | $1,648.91 |
| 54 | JPMORGAN CHASE BANK, N.A. | 33 | $6,158.42 | $2,666.05 | $3,492.37 | $779.18 |
| 55 | QUANTUM3 GROUP, LLC | 33 | $123.38 | $39.87 | $83.51 | $15.61 |
| 56 | TD BANK USA, N.A. | 33 | $83.18 | $26.88 | $56.30 | $10.52 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2021 | 7.00 | $900.00 |
| 06/01/2022 | 53.00 | $2,000.00 |
| 11/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $24,000.00 |
| Total paid to creditors this period: | $21,668.61 |
| Undistributed Funds on Hand: | $1,903.15 |
| Arrearages: | $0.00 |
| Attorney: | BRIAN S. THOMAS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**