**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 21-18164** |
| **JOSEPH F ROGERS, JR** | § | |
| **JENNIFER ROGERS** | § | |
| **DEBTORS** | | |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Lakeview Loan Servicing, LLC
C/o Valon Mortgage, Inc.
Name of Transferee

M&T Bank
Name of Transferor

Name and Address where notices to transferee should be sent:

**Valon Mortgage, Inc.**
**14647 S 50th St**
**STE A150**
**Phoenix, AZ 85044**

Phone: **855-218-3690**
Last Four Digits of Acct #: **xxxxxx1225**

Court Claim # (if known): 35-1
Amount of Claim: $185,528.49
Date Claim Filed: 12/28/2021

Phone:
Last Four Digits of Acct.# xxxxxx**6340**

Name and Address where transferee payments should be sent (if different from above):

**Valon Mortgage, Inc.**
**P.O. Box 660043**
**Dallas, TX 75266-0043**

Phone: **855-218-3690**
Last Four Digits of Acct #: **xxxxxx1225**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Paul W. Cervenka
Transferee/Transferee's Agent

Date: 3/2/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before March 3, 2026 via U.S Mail. All other parties in interest listedon the Notice of Electronic Filing have been served electronically.

**Debtor** ***Via U.S. Mail***
Joseph F Rogers, Jr
128 Emerson Ct
Mays Landing, NJ 08330-3443

**Debtor** ***Via U.S. Mail***
Jennifer Rogers
128 Emerson Ct
Mays Landing, NJ 08330-3443

Respectfully Submitted,

/s/ Paul W. Cervenka
Paul W. Cervenka