Certificate Number: 20668-NJ-DE-041038219

Bankruptcy Case Number: 21-18164

20668-NJ-DE-041038219

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 31, 2026, at 6:32 o'clock AM EDT, Joseph F Rogers, Jr. completed a course on personal financial management given by internet by Andrew Finberg, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: May 31, 2026

By: /s/Consuelo v Gerhardt

Name: Consuelo v Gerhardt

Title: Financial Educator