Certificate Number: 20668-NJ-DE-041074281

Bankruptcy Case Number: 21-18164

20668-NJ-DE-041074281

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2026, at 11:17 o'clock AM EDT, Jennifer Rogers completed a course on personal financial management given by internet by Andrew Finberg, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: June 9, 2026

By: /s/Kathleen B Mills

Name: Kathleen B Mills

Title: TEN Financial Educator